Christopher Love WILLIAMS,
Plaintiff—Appellant,

v.

Jon OZMINT, SCDC Director; Robert Ward, Division Director; David M. Tatarsky, General Counsel; Carl Frederick; J. Dunlap; Debbie Barnwell, Division of Investigations; Sandra Bowie, IGC Headquarters; L. Carrington, IGC Lieber Correctional Institution; V. Jenkins, IGC Lieber Correctional Institution; K. Hill; M. Drayton, Registered Nurse; S. Rosanio, Registered Nurse; E. Gadsin, Registered Nurse; M. Infinger, Registered Nurse; Male Registered Nurse, at Lieber Correctional Institution; Nurse Gilmore, Perry Correctional Institution; Stan Burtt, Warden; Deputy Warden Bodison; Warden Richard Bazzle; Associate Warden Clayton; Associate Warden B. McKie; B.J. Thomas, Inmate Representative; J. Buncomb, Lieutenant; Officer McGee, Lieber Correctional Institution; T. Forde, Sergeant; Sergeant Stanford, Lieber Correctional Institution; M. Bryant, Corporal; SGT Jones, Lieber Correctional Institution; C. Brooks, Corporal; L. Wilson, Sergeant; Palmer, Corporal; L. Mathis, Officer, Lieber Correctional Institution; John Does, Officers, Lieber Correctional Institution Extraction Team; W. Jamison, Corporal; Correctional Officer Smith; E. Skipper, Sergeant; Captain Whitten, Lieber Correctional Institution; D. Rowe, Disciplinary Hearing Officer; Officer Summers, Kirkland Correctional Institution; Lieutenant Peeples, Kirkland Correctional Insti-

tution; Corporal Fleming, Perry Correctional Institution; Officer Rose, Kirkland Correctional Institution; OFC Williams, Kirkland Correctional Institution; Officer Price, Kirkland Correctional Institution; E. Quattlebaum, Sergeant; Captain Mauney, Perry Correctional Institution; W. Byrd, Lieutenant; J. Williams, Officer, Perry Correctional Institution; J. Johnson, Officer; J. Randall, Captain; Sergeant Stringer, Perry Correctional Institution; Officer Golden, Perry Correctional Institution; Warden K Anthony, Lee Correctional Institution; Major Hughes, Lee Correctional Institution; Jane Doe, 1, Property Control Officer of Lee County; Jane Doe 1, IGC Lee County; John Doe, Sergeant Officers, Perry Correctional Institution Transportation; Y. Blowe, Mailroom Supervisor; Stevens, Mailroom Supervisor; J.C. Brown, Disciplinary Hearing Officer; J. Peck, Commissary Official at Kirkland MSU; H. Boatman; J. Simmons; Officer A. James, Kirkland Correctional Institution; N. Cooper, Registered Nurse, Defendants—Appellees,

and

American Amenities Incorporated, Distributor of toothpaste and deodorant, Defendant.

No. 08–8228.

United States Court of Appeals, Fourth Circuit.

Submitted: Aug. 27, 2009.

Decided: Nov. 13, 2009.

Christopher Love Williams, Appellant Pro Se. Erin M. Farrell, Daniel Roy Settana, Jr., McKay, Cauthen, Settana & Stubley, PA, Columbia, South Carolina, for Appellees.

Before NIEMEYER, GREGORY, and DUNCAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Christopher Love Williams appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Williams v. Ozmint,* No. 6:07–cv–02409–DCN, 2008 WL 4372986 (D.S.C. Sept. 22, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*